COLUMBIA WEIGHING MACH. CO. v. SMITH

Ohio Appeals, 6th Dist. Sandusky Co.

No. 180.    Decided May 13, 1927.

1063. SALES—Failure of purchaser to return or tender back goods so as to revest title thereto in seller, within the time specified in contract, makes purchaser liable for purchase price.

First Publication of this Opinion

WILLIAMS, J.

The Columbia Weighing Machine Co. commenced suit against B. B. Smith in the Sandusky Common Pleas to recover the purchase price of a weighing machine.

Smith purchased a machine on May 12, 1925, the agreement stating that the purchaser might return same within 30 days instead of paying the purchase price; and that if the machine were not returned within 30 days, the full purchase price of $150.00 should be paid.

The machine was received May 26, 1925 and was not returned until July 15, 1925; when Smith wrote, claiming that the amount taken in by the machine did not warrant him in keeping it. Judgment was entered upon a verdict in favor of Smith and upon error proceedings, the Court of Appeals held:—

1. By virtue of 8399 GC., rule 3, where goods are delivered with the privilege of returning them, the buyer may revest title to the property in the seller by returning or tendering the goods within the time fixed in the contract.

2. The contract in the instant case provided for the return of the machine in a certain way and the purchaser could avoid liability for the purchase price under the contract only by complying with the terms thereof; and making the return shipment within 30 days by freight.

3. Smith did not take such action and did not return or tender within the stipulated time; and the pleadings show on their face that he is liable to the company for the purchase price together with interest.

Judgment reversed and final judgment entered for Company.

(Richards and Lloyd, J., concur.)

Attorneys—Stahl, Stahl & Stahl for Company; Harry Garn for Smith; all of Fremont.